**Ruth Anne TOPI, Respondent,**

v.

**Stephen Edward TOPI, Appellant.**

**No. WD 33464.**

Missouri Court of Appeals,
Western District.

March 29, 1983.

Appeal from Division 8, 16th Judicial Circuit Court, Jackson County; Fernando J. Gaitan, Judge.

Michael W. Manners, Independence, for appellant.

William M. Quitmeier, Kansas City, for respondent.

Before SHANGLER, P.J., and PRITCHARD and DIXON, JJ.

### ORDER

PER CURIAM.

This appeal is from orders of custody of children and the division of marital property incidental to the dissolution of the marriage.

The judgment is affirmed. Rule 84.16(b).